# VERIFIED RETURN OF SERVICE



Job # 230166

**For:**

MALOY LAW GROUP, LLC
540 NW 165 STREET ROAD
MIAMI, FLORIDA 33169

**Case info:**

| | |
|---|---|
| **PLAINTIFF:**<br>SHANKER RAJBHANDARI<br>-versus-<br>**DEFENDANT:**<br>US BANK NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2012 SC2 TITLE TRUST, LAW OFFICES OF GARY I. GASSEL, FLORIDA DEFAULT LAW GROUP, P.L., WELLS FARGO BANK, N.A. | **UNITED STATES DISTRICT COURT**<br>Court Division: SOUTHERN DISTRICT OF FLORIDA<br>County of N/A, FLORIDA<br>Court Case #<br>**13-81218-CIV-MARRA/MATTHEWMAN** |

**Service Info:**

Date Received: **9/26/2014** at **12:34 PM**

Service: I Served **FLORIDA DEFAULT LAW GROUP**
With: **SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES; EXHIBITS.**
by leaving with **DAMON ELLIS, GENERAL COUNSEL, AUTHORIZED TO ACCEPT**
At Business **4919 MEMORIAL HWY., SUITE #200, TAMPA, FL 33634**
On **9/29/2014** at **4:00 PM**

**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

**Served Description:** *(Approx.)*

Age: **45**, Sex: **Male**, Race: **White-Caucasian**, Height: **6' 0"**, Weight: **200**, Hair: **Black** Glasses: **No**

I **LYNN ANDERSON** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

**LYNN ANDERSON**
Signature of Server: _____
Lic #CPS#09-412442, County: **HILLSBOROUGH- 13TH JUDICAL CIRCUIT**

**ROCK LEGAL SERVICES & INVESTIGATIONS**
2048 PONCE DE LEON AVENUE
WEST PALM BEACH, FL 33407
Client # 2014022895

Page 1 of 1

PDF created with pdfFactory trial version www.pdffactory.com